UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELECTRICAL WORKERS PENSION TRUST
FUND OF LOCAL #58, IBEW,
et al,

Case No.   11-15459

HONORABLE AVERN COHN

Plaintiffs,

v.

ALPHA ELECTRIC & ENGINEERING, LLC
and GREGORY ALEXANDER,

Defendants.
_____/

**JUDGMENT AS TO LIABILITY ONLY**

For the reasons stated in the Order entered on July 12, 2012, judgment as to liability only on Counts III, IV and V is entered in favor of plaintiffs and against defendants.

DAVID WEAVER

Dated: July 12, 2012        By: s/Julie Owens
                                Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, July 12, 2012, by electronic and/or ordinary mail.

S/Julie Owens
Case Manager, (313) 234-5160