UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELECTRICAL WORKERS PENSION TRUST
FUND OF LOCAL #58, IBEW,                    Case No.      11-15459
et al,
                                            HONORABLE AVERN COHN
            Plaintiffs,

v.

ALPHA ELECTRIC & ENGINEERING, LLC
and GREGORY ALEXANDER,

            Defendants.
_____/

## JUDGMENT AS TO LIABILITY ONLY

For the reasons stated in the Order entered on July 12, 2012, judgment as to liability only on Counts III, IV and V is entered in favor of plaintiffs and against defendants.

                                            DAVID WEAVER

Dated: July 12, 2012             By: s/Julie Owens
                                      Deputy Clerk


I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, July 12, 2012, by electronic and/or ordinary mail.

                                 S/Julie Owens
                                 Case Manager, (313) 234-5160